IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAKIM ALI BRYANT, | : | CIVIL ACTION |
|     Plaintiff, | : | NO. 10-6111 |
| | : | |
|   v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **27th** day of **January, 2012**, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 16) is **GRANTED** as to Plaintiff's claims against Defendant City of Philadelphia and Plaintiff's claims to the extent they are brought under the First, Sixth, Eighth and Fourteenth Amendments.

2. Defendants' Motion for Summary Judgment is **GRANTED** as to Plaintiff's claims against Defendants Hoover, Cooney,

Cassidy, Amaro, Scott, Lewis, Sgt. McDonald, DiBiasio and William McDonald.

**AND IT IS SO ORDERED.**

**s/Eduardo C. Robreno**

**EDUARDO C. ROBRENO, J.**