IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAKIM ALI BRYANT            :        CIVIL ACTION
                            :
     v.                     :        NO. 10-6111
                            :
CITY OF PHILADELPHIA, et al. :

## O R D E R

AND NOW, this **12th** day of **September, 2012**, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

AND IT IS SO ORDERED[1]

_____
EDUARDO C. ROBRENO, J.

---

[1] All claims having been adjudicated as to all Defendants, the case shall be marked closed.